UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-3706**

Case Title: **Mark Pannek, et al.** vs. **U.S. Bank National Association**

List all clients you represent in this appeal:

**Mark Pannek, Thomas Strotman**

- ☒ Appellant
- ☐ Petitioner
- ☐ Amicus Curiae
- ☐ Criminal Justice Act (Appointed)
- ☐ Appellee
- ☐ Respondent
- ☐ Intervenor

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jeffrey M. Nye**            Signature: s/ **Jeffrey M. Nye**

Firm Name: **SSP Law Co., L.P.A.**

Business Address: **2623 Erie Avenue**

City/State/Zip: **Cincinnati, OH 45208**

Telephone Number (Area Code): **513-533-2759**

Email Address: **jmn@sspfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

6ca-68
8/17