UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3706**

Case Title: **Mark Pannek, et al.** vs. **U.S. Bank National Association**

List all clients you represent in this appeal:

**Defendant-Appellee U.S. Bank National Association**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

**N/A.**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Patricia Anderson Pryor**   Signature: s/ **Patricia Anderson Pryor**

Firm Name: **Jackson Lewis P.C.**

Business Address: **201 E. Fifth Street, 26th Floor**

City/State/Zip: **Cincinnati, OH  45202**

Telephone Number (Area Code): **(513) 898-0050**

Email Address: **patricia.pryor@jacksonlewis.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of September, 2025, a true and accurate copy of the foregoing was electronically filed with the United States Court of Appeals for the Sixth Circuit via the Court's CM/ECF electronic filing system, which will provide service to all counsel of record.

                                                    */s/ Patricia Anderson Pryor*
                                                    Patricia Anderson Pryor

4934-5831-9198, v. 1