Case No. 25-3706

___

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

◆

**MARK PANNEK, ET AL.**

Plaintiffs – Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION**

Defendant – Appellee.

◆

Appeal from the Final Judgment of The United States Distritct Court For the Southern District of Ohio, Western Division
Case No. 1:19-CV-00852

___

**UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEFS**

___

/s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Bailey E. Sharpe (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
jms@sspfirm.com
**Attorneys for Plaintiffs-Appellants**

Pursuant to Fed. R. App. P. 26(b) and 27, and in accordance with 6th Cir. R. 26(a)(1), Plaintiffs-Appellants Mark Pannek and Thomas Strotman (collectively, the "Appellants") respectfully move for a 45-day extension of time to file their brief, and for a 45-day extension of time for Defendant-Appellee U.S. Bank National Association ("Appellee") to file its reply brief. Appellants' brief is currently due October 27, 2025. With a 45-day extension, the requested due date for Appellants' brief would be December 10, 2025, and the requested due date for Appellee's reply brief would be January 26, 2026.

Before filing this Motion, the Appellants' counsel contacted counsel for Appellee, who stated that Appellee does not oppose this request for an extension of time. Appellants have not previously requested an extension of time to file their brief, and the proposed extension will not prejudice the Appellee.

The reason for this extension is that Appellants' counsel has a jury trial scheduled for mid-October in the Hamilton County Court of Common Pleas, the preparation for and completion of which is expected to be lengthy and time-consuming. As such, counsel for Appellants require additional time to thoroughly prepare and submit Appellants' brief. Additionally, the Sixth Circuit Mediation Office has scheduled a Mediation Conference on October 8, 2025, at 9:30am. The requested extension would likewise allow the parties to focus on and prepare for this mediation. Further, this extension is not being sought for purpose of delay. As noted

above, Appellants have received Appellee's consent to the requested extension of time set forth in this motion.

Accordingly, Appellants respectfully request a 45-day extension of time, up to and including December 10, 2025, in which to file Appellants' brief, and a 45-day extension of time, up to and including January 26, 2026, for Appellee to file its reply brief.

                                                          Respectfully submitted,

                                                          /s/ Joshua M. Smith
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Bailey E. Sharpe (0103565)
SSP LAW CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
jms@sspfirm.com
bes@sspfirm.com
**Attorneys for Plaintiffs-Appellants**

## CERTIFICATE OF SERVICE

I certify that a copy of the forgoing Unopposed Motion to Extend Time to File Briefs has been served via the court's CM/ECF system.

                                                          /s/ Joshua M. Smith
                                                               Joshua M. Smith (0092360)