OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988
CA06-MEDIATION@CA6.USCOURTS.GOV

CATHERINE C. GEYER
*Chief Circuit Mediator*
KATHRYN L. WOLLENBURG
SCOTT COBURN
JOHN A. MINTER

TELEPHONE (513) 564-7330
FAX (513) 564-7349

October 8, 2025

Tricia Kelly Gavigan
Jeffrey M. Nye
Patricia Anderson Pryor
Peter Andrew Saba
Bailey Sharpe
Joshua Michael Smith

Re:  *Mark Pannek, et al v. U.S. Bank National Association,* CA No. 25-3706

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for  **October 8, 2025**, is hereby **CANCELED**.

Sincerely,

Connie A. Weiskittel
Mediation Administrator

cc:     Kathryn L. Wollenburg