# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __25-3706_____

2. Case Caption (Short Title): __Mark Pannek, et al. v. U.S. Bank National Association_____

3. Argument is scheduled for __9:00 a.m.___ *(time)* on __Wednesday, June 3, 2026_____ *(day, date)* and will be held:

   ☑ Live (In Person)          ☐ by Video          ☐ by Telephone

4. I, __Patricia Pryor_____, will be presenting argument on behalf of:

   ☐ Appellant / Petitioner     ☐ Amicus Curiae     ☐ Other (please specify below):

   ☑ Appellee / Respondent      ☐ Intervenor         _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s):

   | U.S. Bank National Association |
   | --- |

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____

   B. Total number of minutes (in whole minutes only) to be shared: _____

   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____

   D. Your assigned minutes (in whole minutes only): _____

   **If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*