**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Kelly L. Stephens<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed:  August 07, 2026

Ms. Patricia Kelly Gavigan
Jackson Lewis
201 E. Fifth Street
26th Floor
Cincinnati, OH 45202

Mr. Jeffrey M. Nye
SSP Law
2623 Erie Avenue
Cincinnati, OH 45208

Ms. Patricia Anderson Pryor
Jackson Lewis
201 E. Fifth Street
26th Floor
Cincinnati, OH 45202

Mr. Peter Andrew Saba
Stagnaro, Saba & Patterson
7373 Beechmont Avenue
Cincinnati, OH 45230

Ms. Bailey Sharpe
SSP Law
2623 Erie Avenue
Cincinnati, OH 45208

Mr. Joshua Michael Smith
SSP Law
2623 Erie Avenue
Cincinnati, OH 45208

Re: Case No. 25-3706, *Mark Pannek, et al v. U.S. Bank National Association*
Originating Case No. 1:19-cv-00852

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Mr. Richard W. Nagel

Enclosures

Mandate to issue.